# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MARILYN SPERLING,<br><br>                    Plaintiff,<br><br>        v.<br><br>DSW, INC., a corporation, and<br>DSW SHOE WAREHOUSE, INC., a<br>corporation,<br><br>                    Defendants. | Case No.<br>EDCV 15-01366 JGB (SPx)<br><br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, it is ORDERED AND ADJUDGED that Defendants' Motion to Dismiss Planitiff's Second Amended Complaint is GRANTED.  Plaintiff's Second Amended Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

///

///

///

1      IT IS SO ORDERED.

2

3
Dated: January 28, 2016
4
                                   _____
5                                  THE HONORABLE JESUS G. BERNAL
                                   United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2